UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JASON STOMPS,

        Petitioner,

v.

MICHAEL OBENLAND,

        Respondent.

CASE NO. 3:18-cv-05365 RBL-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court the Report and Recommendation of Magistrate Judge J. Richard Creatura [Dkt. # 15], Petitioner Stomps' Objections [Dkt. # 16], and the underlying record.

(1) The Report and Recommendation is **ADOPTED**.

(2) Stomps' habeas petition under 28 U.S.C. § 2254 is **DENIED**.

(3) Stomps' Motion to Amend his Writ (to voluntarily dismiss his two actual innocence claims) [Dkt. # 17] is **DENIED** as futile. Such an amendment would leave only his sufficiency of the evidence argument, which the Court has rejected.

(4) The Court will **NOT** issue a Certificate of Appealability under 28 U.S.C. § 2253(c)(2), for the reasons articulated in the Report and Recommendation.

The Clerk shall send copies of this Order to the Stomps' last known address, to the Respondent's counsel, and to Magistrate Judge Creatura.

IT IS SO ORDERED.

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

1     **DATED** this 20th day of November, 2018.

4

                                       Ronald B. Leighton
                                       United States District Judge